UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<small>DE</small> B<small>ROWN</small>,  )
       Plaintiff,  )
)   No. 1:17-CV-282
v.  )
)   HONORABLE PAUL L. MALONEY
D<small>ESIREE</small> T<small>HOMAS</small>,  )
       Defendant.  )
)

## JUDGMENT

In accordance with the Court's Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

**Date:** March 5, 2019                                                 /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge